# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | Case No. 2:18-mj-603-GWF |
| v. | ) | |
| SHEROD JOHNSON | ) | Charging District: Southern District of Texas |
| | ) | Charging District's Case No. 2:18-cr-344 |
| *Defendant* | ) | |

FILED _____ ENTERED _____ RECEIVED _____ SERVED ON _____ COUNSEL/PARTIES OF RECORD

JUN 2 7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Bob Casey United States Courthouse<br>515 Rusk Street, Room 5300<br>Houston, TX 77002-2600 | Courtroom: | TBD |
|---|---|---|
| | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 27, 2018

*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*